AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| <u>DINAH STALLWORTH–LEWIS</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:22–CV–01321–DDD–JPM |
| | ) Judge Dee D Drell |
| <u>THOMAS VILSACK</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501–6832**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Stephanie Dovalina**
> **Dovalina Law Firm**
> **700 Camp St Ste 105**
> **New Orleans, LA 70130**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   5/17/2022

   /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:22–CV–01321–DDD–JPM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501–6832** was received by me on *(date)*_____.

- I personally served the summons on **U.S. ATTORNEY**
  **WESTERN DISTRICT OF LOUISIANA**
  **800 LAFAYETTE ST., STE: 2200**
  **LAFAYETTE, LA 70501–6832** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| <u>DINAH STALLWORTH–LEWIS</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:22–CV–01321–DDD–JPM |
| | ) Judge Dee D Drell |
| <u>THOMAS VILSACK</u> | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Stephanie Dovalina**
> **Dovalina Law Firm**
> **700 Camp St Ste 105**
> **New Orleans, LA 70130**


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   5/17/2022        ___/s/ – Tony R. Moore___

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:22–CV–01321–DDD–JPM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**
was received by me on *(date)*_____.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
  **U.S. ATTORNEY GENERAL**
  **950 PENNSYLVANIA AVENUE, N.W.**
  **WASHINGTON, D.C. 20530–0001**
  at *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                     *Server's signature*

                                          _____
                                                     *Printed name and title*


                                          _____
                                                     *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| DINAH STALLWORTH–LEWIS | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:22–CV–01321–DDD–JPM |
| | ) Judge Dee D Drell |
| THOMAS VILSACK | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Agriculture**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Stephanie Dovalina**
> **Dovalina Law Firm**
> **700 Camp St Ste 105**
> **New Orleans, LA 70130**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   5/17/2022

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:22–CV–01321–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Agriculture** was received by me on *(date)*_____.

- I personally served the summons on **U S Dept of Agriculture** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| <u>DINAH STALLWORTH–LEWIS</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:22–CV–01321–DDD–JPM |
| | ) Judge Dee D Drell |
| <u>THOMAS VILSACK</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Thomas Vilsack**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Stephanie Dovalina**
> **Dovalina Law Firm**
> **700 Camp St Ste 105**
> **New Orleans, LA 70130**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __5/17/2022__

__/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:22–CV–01321–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Thomas Vilsack** was received by me on *(date)*_____.

• I personally served the summons on **Thomas Vilsack** at *(place)*_____
_____ on *(date)*_____; or

• I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

• I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

• I returned the summons unexecuted because _____
_____; or

• Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc: